

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-83,418-01

### EX PARTE IAN PATRICK WHEELER, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W-22281-A-1 IN THE 47TH DISTRICT COURT
### FROM RANDALL COUNTY

**YEARY, J., filed a dissenting opinion.**

### DISSENTING OPINION

I dissent for the reasons stated in my dissenting opinion in *Ex parte Fournier*, 473

S.W.3d 789 (Tex. Crim. App. 2015).

FILED: April 13, 2016
DO NOT PUBLISH